## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

------------------------------------------ x

JAMES EVANS, on behalf of himself and
all others similarly situated,

               Plaintiffs,

               v.

Lufka, LLC,

               Defendant.

------------------------------------------ x

:    Case no. 1:25-cv-10326

**NOTICE OF VOLUNTARY
DISMISSAL WITH
PREJUDICE**

    **PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

    Dated: January 14, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B. Reyes, Esq.
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
D: (718) 554-0237
Email: Dreyes@ealg.law